UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL G. MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-243 |
| | § | |
| WELLS FARGO BANK, N.A. d/b/a | § | |
| and a/n/a WELLS FARGO BANK | § | |
| AND WELLS FARGO f/n/a WELLS | § | |
| FARGO & COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On February 15, 2024, the plaintiff filed a motion for voluntary dismissal as to its claims against the defendant, pursuant to Fed. R. Civ. P. 41(a)(2). Dkt. 12. The court grants the motion.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 16th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE